UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYRUS MARK SANAI,

Plaintiff,

v.

LEONDRA KRUGER, et al.,

Defendants.

Case No. 25-cv-02607-AMO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, OVERRULING OBJECTIONS, DENYING REMAINING MOTIONS, AND DISMISSING CASE**

Re: Dkt. Nos. 26, 28, 31, 34, 37, 39

The Court has reviewed Magistrate Judge Tse's Report and Recommendation Re: Ex Parte Motion for Entry of Default Judgment, Dkt. No. 34, as well Plaintiff Cyrus Mark Sanai's objections to the Report, Dkt. No. 37, and the errata thereto, Dkt. No. 38.[1]  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, Sanai's objections, Dkt. No. 37, are **OVERRULED**, the Motion for Default Judgment, Dkt. No. 26, is **DENIED**, and this action is **DISMISSED** for lack of subject matter jurisdiction as set forth in Judge Tse's Report and Recommendation.

The Ex Parte Motion for Conditional Leave to File Overlength Motion for Default Judgment, Dkt. No. 28, the Ex Parte Motion to Vacate Submission of Dispositive Motion for Injunctive Relief to Magistrate Judge and Objection Thereto, Dkt. No. 31, and the corresponding

---

[1] The Court had previously granted Sanai's request for an extension of the objection deadline to February 26, 2026.  Dkt. No. 36.  Notwithstanding the extension of time, it appears Sanai raises those objections in his January 29, 2026 filing, Dkt. No. 37, which makes several challenges to the report and recommendation, though it is captioned as an Ex Parte Motion for Preliminary Declaratory Judgment or Temporary Restraining Order and Preliminary Injunction.  The Court construes the challenges raised therein as objections.  To the extent Sanai's January 29, 2026 filing should be construed, not as objections to the report and recommendation, but as seeking affirmative relief, it is **DENIED** because the Court lacks subject matter jurisdiction as set forth in Judge Tse's Report and Recommendation.

Ex Parte Administrative Motion, Dkt. No. 39, are **DENIED**.

The Clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California